IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **21-55286-sms** |
| **Kimberly Anne Logan,** | * | |
| **AKA Kimberly A Green; AKA** | * | |
| **Kimberly Ann Logan,** | * | |
| | * | CHAPTER: 7 |
| | * | |
| | * | |
| Debtor | * | |
| **Kimberly Anne Logan,** | * | |
| **AKA Kimberly A Green; AKA** | * | |
| **Kimberly Ann Logan,** | * | |
| | * | |
| | * | |
| MOVANT, | * | |
| VS. | * | |
| **Breckenridge Property Owners** | * | **Civil Action File No.** |
| **Association Inc.** | * | **2018M04257** |
| RESPONDENT. | * | |

## MOTION TO AVOID JUDICIAL LIEN

COMES NOW, Debtor, **Kimberly Anne Logan**, and through counsel moves for an order avoiding a lien held by Respondent pursuant to 11 U.S.C. Section 522(f) and alleges the following:

1.

Respondent obtained a judgment against the Debtor on or about 2018 in the **Magistrate Court of Richmond County - Georgia**, and the amount of that judgment lien on the petition date was $**1,087.00**.

2.

Pursuant to 11 U.S.C. Section 522 and O.C.G.A. 44-13-100, Debtor properly claimed as exempt on Schedule C, including all allowed amendments to schedule C, the following property:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Kimberly | Anne | Logan |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

Case number (if known): 21-55286-sms

■ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt
4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **2011 Toyota Corolla 71000 miles**<br>Line from *Schedule A/B*: **3.1** | $6,300.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| **2011 Toyota Corolla 71000 miles**<br>Line from *Schedule A/B*: **3.1** | $6,300.00 | ■ $1,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **2014 Nissan Versa 79000 miles**<br>Line from *Schedule A/B*: **3.2** | $4,600.00 | ■ $4,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **2 Br, Lr, Dr, W/D, and General Kitchenware**<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **2 TV's, Tablet, and 1 Cell phone**<br>Line from *Schedule A/B*: **7.1** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |

| Debtor 1 | **Kimberly Anne Logan** | | Case number (if known) | **21-55286-sms** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Clothes and Shoes**<br>Line from *Schedule A/B*: **11.1** | $400.00 | ■ | $400.00 | O.C.G.A. § 44-13-100(a)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Costume Jewelry**<br>Line from *Schedule A/B*: **12.1** | $25.00 | ■ | $25.00 | O.C.G.A. § 44-13-100(a)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **C-pap Machine**<br>Line from *Schedule A/B*: **14.1** | $100.00 | ■ | $100.00 | O.C.G.A. § 44-13-100(a)(10) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $0.00 | ■ | $0.00 | O.C.G.A. § 44-13-100(a)(6) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Wells Fargo**<br>Line from *Schedule A/B*: **17.1** | $144.00 | ■ | $144.00 | O.C.G.A. § 44-13-100(a)(6) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Globe Life- Term Life Insurance Beneficiary: Children**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ | $0.00 | O.C.G.A. § 44-13-100(a)(8) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Class Action suit for roundup**<br>Line from *Schedule A/B*: **33.1** | Unknown | ■ | $0.00 | O.C.G.A. § 44-13-100(a)(6)<br>Debtor reserves the right to amend and exempt |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

3.

The value of each claimed exemption in the above property, as shown on Schedule C, is equal to or greater than the market value of that property, as accurately reflected on Schedules A and B,

4.

Debtor also owns 2011 Toyota Corolla automobile, which has a value of **$6,300.00** and is subject to a purchase money lien of **$0.00**, leaving $**6,300.00** in equity, an amount equal to or less than the claimed exemption.  Debtor is not attempting to avoid Respondent's lien against the vehicle because debtor asserts that, under Georgia Law, Respondent's F.I.F.A. does not attach to the vehicle – an issue which properly will be decided through the claims allowance process.

5.

Debtor also owns 2014 Nissan Versa automobile, which has a value of **$4,600.00** and is subject to a purchase money lien of **$0.00**, leaving $**4,600.00** in equity, an amount equal to or less than the claimed exemption.  Debtor is not attempting to avoid Respondent's lien against the vehicle because debtor asserts that, under Georgia Law, Respondent's F.I.F.A. does not attach to the vehicle – an issue which properly will be decided through the claims allowance process.

WHEREFORE, Debtor is entitled to entry of an Order avoiding Respondent's lien against the exempt property, as set forth above.

Respectfully submitted
CLARK & WASHINGTON, PC
/s/_____
Thomas Reichard, GA Bar No. 150822
Attorneys for Debtor

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:<br>**Kimberly Anne Logan,**<br>**AKA Kimberly A Green; AKA**<br>**Kimberly Ann Logan,** | *<br>*<br>*<br>*<br>* | CASE NO.: **21-55286-sms**<br><br>CHAPTER: 7 |
| Debtor<br>**Kimberly Anne Logan,**<br>**AKA Kimberly A Green; AKA Kimberly**<br>**Ann Logan,** | *<br>*<br>*<br>*<br>*<br>* | |
| MOVANT,<br>VS.<br>**Breckenridge Property Owners**<br>**Association Inc.**<br>RESPONDENT. | *<br>*<br>*<br>*<br>* | **Civil Action File No.**<br>**2018M04257** |

## NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME

NOTICE IS HEREBY GIVEN that a Motion to avoid a judicial lien on exempt property pursuant to 11 U.S.C. Section 522 has been filed in the above-styled case on  7/20/2021  .

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-1(b) NDGA, the Respondent must file a response to the Motion within 21 days after service, exclusive of the day of service, and serve a copy of same on Movants. In the event no response is timely filed and served, then the Bankruptcy Court may enter an order granting the relief sought.

Respectfully submitted
CLARK & WASHINGTON, LLC

/s/
Thomas Reichard, GA Bar No. 150822

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **21-55286-sms** |
| **Kimberly Anne Logan,** | * | |
| **AKA Kimberly A Green; AKA Kimberly** | * | |
| **Ann Logan,** | * | |
| | * | CHAPTER: 7 |
| | * | |
| | * | |
| Debtor | * | |

## CERTIFICATE OF SERVICE

I certify that I have this date served the following parties with a copy of the within "Notice Of Requirement Of Response To Motion To Avoid Judicial Lien On Exempt Property And Of Time To File Same" and "Motion To Avoid Judicial Lien" by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

**S. Gregory Hays- Chapter 7 Trustee**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**Kimberly Logan**
1525 Laurel Crossing Pkwy
Apt 1311
Buford, GA 30519-6592

**Breckenridge Property Owners Association Inc.**
Reg. Agent: McLeod & Murdock, Attorneys at Law
4420 Evans to Locks Road
Evans, GA 30809

Dated: 7/20/2021

/s/
Thomas Reichard, GA Bar No. 150822
Attorneys for Debtor

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685